**BRIAN D. SHAPIRO, TRUSTEE**
510 S. 8th Street
Las Vegas, NV  89101
(702) 386-8600 Fax (702) 383-0994
trustee@trusteeshapiro.com
Trustee in Bankruptcy

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-S 13-16790 LED |
|---|---|
| SMITH, GARY MICHAEL | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s). | NOTICE OF UNCLAIMED FUNDS |

TO:  Clerk, United States Bankruptcy Court

FROM:  Brian D. Shapiro, Trustee

   Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 10600 | CAS 61330 |
|---|---|---|---|
|  | Gary Michael Smith (Deceased) 4265 N. Chieftain St. Las Vegas, NV  89129 |  | $16,150.00 |
| TOTAL: |  | $ | $16,150.00 |

Dated: December 29, 2016

BRIAN D. SHAPIRO, Trustee

NOTE:  Claims that are $25.00 or less go into CAS 106000.  Claims that are more than $25.00 go into CAS 613300.  The amounts that are to be deposited into the registry can be written on one check.